# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL DWAYNE CRAWFORD,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Criminal Action No. 03-105<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by *pro se* Petitioner Carl Dwayne Crawford ("Petitioner"), on a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and a motion to modify sentence pursuant to 18 U.S.C. § 3582(C)(2); opposition having been filed by Andrew J. Schell, Assistant United States Attorney, counsel for United States of America; the Court having decided the motions pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date; and for good cause shown,

**IT IS** on this **4th** day of **October, 2010**,

**ORDERED** that Petitioner's motion to vacate, set aside, or correct sentence is **DENIED**; and it is further

**ORDERED** that Petitioner's motion to modify sentence is **DENIED**.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge