# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action No. 03-105 |
| vs. : | |
| : | **ORDER** |
| CARL DWAYNE CRAWFORD : | |

**THIS MATTER** having been opened to the Court by Carl Dwayne Crawford ("Crawford"), pro se, on a motion for return of property pursuant to Fed. R. Civ. P. 41(g); it appearing that the United States of America ("Government"), through its counsel Andrew J. Schell, Esq., has submitted opposition thereto; pursuant to Fed. R. Civ. P. 78, for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** on this 8th day of April, 2013,

**ORDERED** that the parties will appear before the Court in Trenton, New Jersey, for evidentiary hearing on Crawford's motion on May 14, 2013 at 11:00am; and it is further

**ORDERED** that the Government shall prepare and file a writ of habeas corpus providing for Crawford's presence at the evidentiary hearing.

/s/ Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge