IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 03-105-2 |
| v. | : | CIVIL ACTION No. 16-2781 |
| CARL CRAWFORD | : | |

**ORDER**

AND NOW, this 3rd day of May, 2024, upon consideration of Movant Carl Crawford's pro se Motion for New Trial Pursuant to 28 U.S.C. § 2255(f)(3), and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 375) is DISMISSED.

The Clerk of Court is directed to mark the above-captioned cases CLOSED.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.