IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                  :
v.                               :        No. 03-105-2
                                  :
CARL CRAWFORD              :

## **<u>ORDER</u>**

AND NOW, this 21st day of April, 2026, upon consideration of Defendant Carl Crawford's pro se Motion for Early Termination of Supervised Release (Dkt. No. 432), the Government's opposition, the hearing on the Motion on March 3, 2026, and for the reasons stated in the accompanying memorandum, it is **ORDERED** the Motion is **GRANTED**. Crawford's term of supervised release is terminated.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.